Miller v. City of Sacramento et al                                                        Doc. 10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

KEVIN MILLER,                        )
                                     )
            Plaintiff                )     1:07-CV-00592 OWW TAG
                                     )
     v.                              )
                                     )
CITY OF SACRAMENTO,                  )     ORDER TRANSFERRING CASE
                                     )     TO SACRAMENTO DIVISION
                                     )
            Defendant                )
_____)

    It appearing that proper venue of this matter is within the Sacramento division of this court;

    IT IS HEREBY ORDERED that this matter be transferred to the United States District Court for the Eastern District of California at Sacramento.

Dated: 4/19/07                          /s/ Oliver W. Wanger
                                        _____
                                        OLIVER W. WANGER
                                        United States District Judge

1