EILEEN M. TEICHERT, City Attorney (SBN 167027)
**CHANCE L. TRIMM, Senior Deputy City Attorney (SBN 139982)**
CTrimm@cityofsacramento.org
CITY OF SACRAMENTO
Mailing: P.O. Box 1948, Sacramento, CA 95812-1948
Office: 915 I Street, 4th Floor, Sacramento, CA 95814
Telephone: (916) 808-5346
Telecopier: (916) 808-7455

Attorneys for Defendants
CITY OF SACRAMENTO, PAUL SCHINDLER,
VONDA WALKER, DENISE PHILLIPS, DEREK STIGERTS
and BARRY LEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MILLER<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO, PAUL SCHINDLER, V. WALKER, D. PHILLIPS, D. STIGERTS, B. LEE,<br><br>Defendants. | Case No. 2:07-CV-00765-FCD-KJM<br><br>**STIPULATION AND ORDER TO CONTINUE FINAL PRE-TRIAL CONFERENCE AND TRIAL** |

The parties to this litigation are in the process of attempting to finalize a global resolution of this matter. The parties believe additional time will be necessary in order to work out the details of the resolution of this case. For these reasons, all parties, by and through their counsel of record hereby stipulate and request that the Final Pre-Trial Conference (now scheduled for April 17, 2009) and trial (now scheduled for June 16, 2009) both be continued for a period of 60 days. The parties stipulate and request, by and through their counsel, the Final Pre-Trial Conference be continued to an available date on the court's docket in June of 2009. The parties also stipulate and request the trial of this case be

1
STIPULATION AND ORDER TO CONTINUE FINAL PRE-TRIAL
CONFERENCE AND TRIAL
103780

continued to an available date on the court's docket in August of 2009.

The parties contend there is good cause to continue the dates for the Final Pre-Trial Conference and trial in order to allow the parties additional time to work out the details of resolution of this case. Assuming this case cannot be resolved before the Final Pre-Trial Conference, plaintiffs agree defendants may take the depositions of Mr. and Mrs. Miller that were previously taken off calendar by defendants before the discovery cut-off in contemplation of the resolution of this matter. Continuance of both the Final Pre-Trial Scheduling Conference and trial is in the best interests of all parties, justice and judicial economy.

DATED: March 31, 2009					EILEEN M. TEICHERT,
							City Attorney


							By:	/s/ Chance L. Trimm
								**CHANCE L. TRIMM**
								Senior Deputy City Attorney

								Attorneys for the
								CITY OF SACRAMENTO, PAUL
								SCHINDLER, VONDA WALKER, DENISE
								PHILLIPS, DEREK STIGERTS
								and BARRY LEE

DATED: March 31, 2009.					LAW OFFICES OF STEWART KATZ


							By:	/s/ Stewart Katz
								**STEWART KATZ**

								Attorneys for Plaintiff KEVIN MILLER

/ / /

/ / /

/ / /

## **ORDER**

Pursuant to stipulation and request of the parties and good cause appearing, the date previously scheduled for the Final Pre-Trial Conference (April 17, 2009) is hereby vacated. The date previously scheduled for the trial of this case (June 16, 2009) is also hereby vacated. The Final Pre-Trial Conference shall take place on **June 19, 2009, at 2:00 p.m**. The trial of this case shall commence on **September 1, 2009, at 9:00 a.m.**

DATED: April 1, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE