1  **LAW OFFICE OF STEWART KATZ**
   STEWART KATZ, State Bar #127425
2  555 University Avenue, Suite 270
   Sacramento, California 95825
3  Telephone: (916) 444-5678

4  Attorney for Plaintiff
5  KEVIN MILLER

6  EILEEN M. TEICHERT, City Attorney (SBN 167027)
7  **CHANCE L. TRIMM, Senior Deputy City Attorney (SBN 139982)**
   CITY OF SACRAMENTO
8  Mailing: P.O. Box 1948, Sacramento, CA  95812-1948
   Office: 915 I Street, 4th Floor, Sacramento, CA  95814
9  Telephone: (916) 808-5346

10 Attorneys for Defendants
11 CITY OF SACRAMENTO, PAUL SCHINDLER,
   VONDA WALKER, DENISE PHILLIPS, DEREK STIGERTS
12 and BARRY LEE

13
14                    **UNITED STATES DISTRICT COURT**
15                     **EASTERN DISTRICT OF CALIFORNIA**

16
17 KEVIN MILLER,                                    No. 2:07-CV-00765-FCD-KJM

18         Plaintiff,
19    vs.                                           **STIPULATION AND ORDER TO VACATE FINAL PRE-TRIAL CONFERENCE AND TRIAL**
20
21 CITY OF SACRAMENTO;
   Sacramento City Police Officer PAUL
22 SCHINDLER (Badge #702), Sacramento City
   Police Officer V. WALKER (Badge #0549);
23 Sacramento City Police Officer D. PHILLIPS
   (Badge # 253); Sacramento City Police Officer D.
24 STIGERTS (Badge #513); Sacramento City
   Police Officer B. LEE (Badge # 480)
25
26        Defendants.
27 _____/
28

Stipulation and Order to Continue Final Pre-Trial Conference and Trial                   1

1   The parties to this litigation, through counsel, request that the pretrial date and trial
2   date be vacated and that the Court set a status conference for further proceedings including
3   hearing a substitution of attorney motion and the setting of new dates.

4   The parties contend that there is good cause for this request in that the parties'
5   counsel believed a settlement was in fact reached. However, during the scheduled
6   execution of the papers on June 9, 2009, plaintiff refused to sign the settlement documents.
7   This refusal to sign the documents was reaffirmed late morning June 10, 2009. This refusal
8   came as a surprise to plaintiff's and defendants' counsel.

9   This refusal has caused an irrevocable and total breakdown of the attorney-client
10  relationship[1] and makes it impossible for plaintiff's attorney to continue to prosecute the
11  case on behalf of the plaintiff, including the preparation of the pretrial statement.

12  The previous continuation and stipulation was in good faith, the information
13  conveyed to the court previously was accurate, and further highlights the surprise of the
14  present developments in this case.

15  DATED: June 10, 2009                By:   /s/ Stewart Katz
                                              STEWART KATZ
16
17                                            Attorney for Plaintiff KEVIN MILLER
18

19  DATED: June 10, 2009                By:   /s/ Chance L. Trimm
                                              CHANCE L. TRIMM
20                                            Senior Deputy City Attorney
21
                                              Attorneys for Defendants
22                                            CITY OF SACRAMENTO, PAUL
                                              SCHINDLER, VONDA WALKER,
23                                            DENISE PHILLIPS, DEREK STIGERTS
24                                            and BARRY LEE

25  ─────────────────────
26
    [1] Plaintiff's counsel can, if requested by the Court, though preferable in camera, provide additional
27
    documentation and information regarding this breakdown of the attorney –client relationship and the surprise
28
    regarding the non-execution of the dispositional papers.

Stipulation and Order to Continue Final Pre-Trial Conference and Trial                                    2

**<u>ORDER</u>**

Pursuant to stipulation and request of the parties and good cause appearing, the dates previously scheduled for the jury trial (September 1, 2009) and final pre-trial conference (June 19, 2009) are hereby VACATED.

Plaintiff's counsel shall file a motion to withdraw as counsel of record to be heard on a regularly scheduled law and motion calendar, or an order for substitution of counsel within sixty (60) days of this order. If plaintiff's counsel decides not to withdraw as counsel, the parties shall file an updated joint status report no later than August 10, 2009.

DATED: June 11, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE