```
 1 | LAW OFFICE OF STEWART KATZ
   | STEWART KATZ, State Bar #127425
 2 | 555 University Avenue, Suite 270
   | Sacramento, California 95825
 3 | Telephone: (916) 444-5678
 4 |
 5 | Attorney for Plaintiff
   | KEVIN MILLER
 6 |
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MILLER, | No. 2:07-CV-00765-FCD-KJM |
| Plaintiff, | |
| vs. | |
| CITY OF SACRAMENTO; Sacramento City Police Officer PAUL SCHINDLER (Badge #702), Sacramento City Police Officer V. WALKER (Badge #0549); Sacramento City Police Officer D. PHILLIPS (Badge # 253); Sacramento City Police Officer D. STIGERTS (Badge #513); Sacramento City Police Officer B. LEE (Badge # 480) | PLAINTIFF'S COUNSEL'S APPLICATION THAT DOCUMENTS BE FILED AND REMAIN UNDER SEAL; ORDER<br><br>Date: October 16, 2009<br>Time: 10:00 a.m.<br>Ctrm. 2<br>Judge: Frank C. Damrell, Jr. |
| Defendants. | |

Plaintiff's Counsel's Application That Documents
Be Filed And Remain Under Seal; Order

1

1  In an effort to not reveal any attorney-client confidences or communications and to
2  avoid prejudice to Plaintiff, Plaintiff's counsel hereby respectfully requests that Plaintiff's
3  Counsel's Memorandum of Points and Authorities in Support of Motion to Withdraw as
4  Attorney of Record, and the Declaration of Stewart Katz in Support of Motion to Withdraw
5  as Attorney of Record, be filed under seal and remain under seal, until otherwise ordered
6  by the Court, so as to avoid disclosure of the information contained within to third parties.

Dated: August 20, 2009                    Respectfully submitted,

                                          /s/
                                          STEWART KATZ,
                                          Attorney for Plaintiff

**IT IS SO ORDERED.**

Dated: August 21, 2009

                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE