IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN MILLER,

      Plaintiff,                            No. CIV S-07-765 FCD KJM PS

      vs.

CITY OF SACRAMENTO, et al.,

      Defendants.                  <u>ORDER</u>

/

        By order filed August 24, 2009, this matter was referred to the undersigned under Local Rule 72-302(c)(21). Under the scheduling order previously issued, the discovery cut-off and law and motion cut-off have now passed. (Docket no. 17.) Accordingly, IT IS HEREBY ORDERED that:

        1. The pretrial conference is set for January 29, 2010 at 2:00 p.m. before the Honorable Frank C. Damrell. Pretrial statements shall be filed in accordance with Local Rule 16-281.

        2. Trial of this matter is set for March 23, 2010 at 9:00 a.m. before the Honorable Frank C. Damrell. The parties shall file trial briefs in accordance with Local Rule 16-285.

DATED: September 10, 2009.

_____
U.S. MAGISTRATE JUDGE

006
miller-sacto.oas

1