IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN MILLER,

    Plaintiff,                        No. CIV S-07-765 FCD CKD PS

    vs.

CITY OF SACRAMENTO, et al.,

    Defendants.                  <u>ORDER</u>

                                    /

By order filed July 15, 2011, hearing on defendants' motion for summary judgment was continued due to plaintiff's failure to file opposition. The July 15, 2011 order directed plaintiff to file opposition no later than August 25, 2011. Plaintiff has now requested an additional extension of time in which to file opposition. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for extension of time (dkt. no. 62) is granted. Plaintiff shall file opposition to defendants' motion for summary judgment no later than September 28, 2011. Reply, if any, shall be filed no later than October 5, 2011.

/////

/////

/////

/////

1

1        2.  The September 14, 2011 hearing on defendants' motion is vacated.  Hearing on
2 the motion is continued to October 19, 2011 at 10:00 a.m. in courtroom no. 26.
3   Dated: August 25, 2011
4
                                                _____
5                                               CAROLYN K. DELANEY
                                                UNITED STATES MAGISTRATE JUDGE
6
7
  4
8 miller-sacto.eot